# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PAYSERVICES.COM, INC.,** d/b/a **PAYSERVICES.COM** and
**LIONEL DANENBERG,**
Appellants,

v.

**OFFICE OF FINANCIAL REGULATION, DIVISION OF
CONSUMER FINANCE,**
Appellee.

No. 4D20-165

[November 5, 2020]

Appeal from the State of Florida Department of Financial Regulation, Division of Consumer Finance; L.T. Case No. 19-2943.

Jade Alexander Craig of Gordon Rees Scully Mansukhani LLP, Tampa, for appellants.

Ashley Moody, Attorney General, Tallahassee, and Timothy L. Newhall, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***